766 A.2d 616

**Earl WILKINS**

v.

**Juan ARRISUENO et al.**

**No. 137, Sept. Term, 2000.**

Court of Appeals of Maryland.

Feb. 8, 2001.

Gary E. Bair, Assistant Attorney General, J. Joseph Curran, Jr., Attorney General of Maryland, Baltimore, for petitioner.

George E. Brown, Kramon & Graham, P.A., Baltimore, for respondent.

Submitted to BELL, C.J., and ELDRIDGE, RAKER, WILNER, HARRELL, CATHELL, and BATTAGLIA, JJ.

PER CURIAM.

The Court having considered and granted the petition for writ of certiorari in the above-captioned case, it is this 8th day of February, 2001,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Allegany County be, and it is hereby, vacated and the case is remanded to the Circuit Court for Allegany County for reconsideration in light of *Adamson v. Correctional Medical Services, Inc.*, 359 Md. 238, 753 A.2d 501 (2000). Respondents to pay the costs.